UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.01-CR-02874-IEG |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ALEJANDRO GUTIERREZ-OBLEDO, | ) ) | ORDER OF DISMISSAL OF INDICTMENT |
| Defendant. | ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case No. 01-CR-02874-IEG be dismissed without prejudice.

IT IS SO ORDERED.

**DATED: September 25, 2009**

_____
**IRMA E. GONZALEZ, Chief Judge
United States District Court**

Presented by:

KAREN P. HEWITT
United States Attorney

s/ Michael G. Wheat
MICHAEL G. WHEAT
Assistant U.S. Attorney